Name: Dolores Kelly
Address: 538 Alene St
Telephone Phone:
Email: d.kelly26@yahoo.com

FILED
Apr 17 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ BreanneChandler   DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Dolores Kelly,

Plaintiff(s),

v.

IRS Treasury Department,

Defendant(s).

Case No.: **'23CV0693 RBM BLM**
(assigned at time of filing)

**COMPLAINT**

**I. RELATED CASES**

a. Do you have other Civil Case(s) in this or any other federal court?
   ☑Yes   ☐No

b. If yes, please list the case numbers here:

**II. STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

IRS was not registered? 92-1258115 registered the IRS Printing code Red and Blue money meaning corruption money? Believe they are responsible fraud Stalks Federal Reseve. Don't know how United States runs? Registered the federal Reserve 92-1988951. I have to question how the entire government was running. Security exchang commission was not registered. Registered 92-1772206 illegal use with the FBI and military. I'm assuming the IRS is guilty with the Bank of business fraud and refused to cooperate

Bunch of these were in the Security exchange comission and no registered?

2


III. **RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

Repocession of the IRS Security exchang commission Union Federal Reseve Bank

IV. **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes   ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

4 - 23
Date

Dolores Kelly
Signature

Dolores Kelly
Printed Name