

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dolores Kelly | Civil Action No.  23CV0693-RBM-BLM |
| **Plaintiff,** | |
| V. | |
| Treasury Department IRS | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

This case is dismissed without prejudice for failure to pay the filing fee and failure to abide by this Courts April 18 Order.

| | |
|---|---|
| **Date:**  5/23/23 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/ J. Petersen<br>                                          J. Petersen, Deputy |